**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NUMBER: 3:25CR91-001** |
| **Plaintiff,** | **USM Number: 29800-512** |
| **vs.** | |
| **MATTHEW J KAWA** | **ELLEN M KARP COMLEY PHV** |
| **Defendant.** | **DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**

**THE DEFENDANT** pleaded guilty to count(s) 1 and 2 of the Information on December 10, 2025.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 21:331(d) and 333(a)(2) INTRODUCING UNAPPROVED NEW DRUGS INTO INTERSTATE COMMERCE WITH FORFEITURE ALLEGATION | March 20, 2024 | 1 |
| 18:545 IMPORTING MERCHANDISE CONTRARY TO LAW WITH FORFEITURE ALLEGATION | January 16, 2024 | 2 |

The defendant is sentenced as provided in pages 2 through 12 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

July 30, 2026

Date of Imposition of Judgment

s/ Cristal C. Brisco

Signature of Judge

Cristal C. Brisco, United States District Judge

Name and Title of Judge

July 30, 2026

Date

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA                                    Page 2 of 12

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **36 months** on Count 1, and a term of **70 months** on Count 2, to be served concurrently.

The Court recommends that the Bureau of Prisons designate as the place of the defendant's confinement a facility consistent with the defendant's security classification as determined by the Bureau of Prisons, and for placement at FPC Yankton.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 10:00 A.M. on Thursday, September 10, 2026. If Defendant is unable to report to the designated institution as required, then Defendant shall voluntarily surrender to the United States Marshal's office located in the South Bend Federal Courthouse on the required date and time.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.


                                            _____
                                                 UNITED STATES MARSHAL

                                            By: _____
                                                 DEPUTY UNITED STATES MARSHAL

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA                                                Page 3 of 12

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **1 year** for each of Counts 1 and 2, to be served concurrently.

## TERMS OF SUPERVISION

1.  You must not commit another federal, state, or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must not unlawfully use any controlled substance, including marijuana, and must submit to one drug test within 15 days of the beginning of supervision and 2 periodic tests after that for use of a controlled substance.

4.  You must cooperate with the probation officer with respect to the collection of DNA.

5.  You must be lawfully employed full-time (at least 30 hours per week). If you are not employed full-time, you must try to find full-time employment under the supervision of the probation officer. If you become unemployed, or change your employer, position, or location of employment, you must tell the probation officer within 72 hours of the change. If after 90 days you do not find employment, you must complete at least 10 hours of community service per week until employed or participate in a job skills training program approved and directed by your probation officer. Any required community service under this condition must not exceed 400 hours.

6.  You must report in person to the probation office, in the district which you are released, within 72 hours of release from the custody of the Bureau of Prisons. You must report to the probation officer in the manner and as frequently as the court or the probation officer directs; and you must notify the probation officer within 48 hours of any change in residence, and within 72 hours of being arrested or questioned by a police officer.

7.  You must not travel knowingly outside the federal judicial district without the permission of the court. Alternatively, the probation officer will grant such permission when doing so will reasonably assure the probation officer's knowledge of your whereabouts and that travel will not hinder your rehabilitation or present a public safety risk.

8.  You must truthfully answer any inquiry by the probation officer and must follow the instruction of the probation officer pertaining to your supervision and conditions of supervision. This condition does not prevent you from invoking the Fifth Amendment privilege against self-incrimination.

9.  You must permit a probation officer to meet at your home or any other reasonable location and must permit confiscation of any contraband the probation officer observes in plain view. The probation officer will not conduct such a visit between the hours of 11:00 p.m. and 7:00 a.m. without specific reason to believe a visit during those hours would reveal information or contraband that wouldn't be revealed through a visit during regular hours.

10. You must not meet, communicate, or otherwise interact with persons whom you know to be engaged or planning to be engaged in criminal activity.

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA                                          Page 4 of 12

11. You must not possess a firearm, ammunition, destructive device, or any other dangerous weapon (meaning an instrument designed to be used as a weapon and capable of causing death or serious bodily harm).

12. You must not enter into any agreement to act as an informant or special agent of a law enforcement agency without the court's permission.

13. You must participate in a General Equivalency Degree (GED) Preparation Course, at your own expense, and use your best efforts to obtain a GED within the first year of supervision. Failure to pay these fees will not be grounds for imprisonment unless the failure is willful.

14. You must not incur new credit charges or open additional lines of credit or other financial accounts without supervision of the probation officer.

15. You must provide the probation officer any requested financial information, including copies of state and federal tax returns. This condition is imposed to provide defendant rehabilitation, to enable the probation officer to assist defendant in managing the defendant's finances, and to ensure that defendant is meeting court ordered financial obligations.

16. Unless an assessment at the time of release from imprisonment or commencement of probation indicates to the court that participation is unnecessary, you must participate in a substance abuse treatment program or aftercare program. The court will receive notification of such assessment. You must abide by all treatment program requirements and restrictions, consistent with the conditions of the treatment provider. You will be required to participate in drug and /or alcohol testing, not to exceed 85 drug and/or alcohol tests per year. At the request of a treatment provider, probation officer, or you, the court may revise these conditions. While under supervision, you must not consume alcoholic beverages. You must pay all or a part of the costs for participation in the program, not to exceed the sliding fee scale as established by the Department of Health and Human Services and adopted by this court. Failure to pay these costs will not be grounds for revocation unless the failure is willful.

17. You must pay restitution to the United States District Court Clerk's Office, South Bend, Indiana, which will be due immediately, to be disbursed to the victims in the amounts referenced in Paragraph 136, as modified during the sentencing hearing. You must commence restitution payments in the manner and schedule as determined by the court. The imposed payment schedule will remain in effect until such time as the court is notified by you, the victims, or government that there has been a material change in your ability to pay. Restitution will be paid at a minimum rate of $500.00 per month commencing 30 days after placement on supervision until said amount is paid in full. Failure to pay according to this condition will not be grounds for imprisonment unless the failure is willful.

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $200.00 | NONE | $78,317.52 |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$78,317.52** is hereby imposed, jointly and severally with co-defendant Jennifer Stechkober.

| Victim Pseudonym | Amount |
|---|---|
| AJ | $3,494.02 |
| AR | $150.16 |
| AS | $287.90 |
| AW | $69.95 |
| AA2 | $61.86 |
| AE2 | $201.81 |
| AC | $79.95 |
| AM | $183.39 |
| AA3 | $336.00 |
| AA | $39.95 |
| AC3 | $320.20 |
| AZ | $176.88 |
| AE | $317.90 |
| AM2 | $265.01 |
| AU | $249.00 |
| AO | $54.00 |

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA

| | |
|---|---|
| AC2 | $180.36 |
| BN | $73.00 |
| BB | $2,389.88 |
| CK | $849.40 |
| CH | $2,894.20 |
| CJD | $148.95 |
| CW | $75.21 |
| CC2 | $72.96 |
| DG2 | $235.65 |
| DS | $233.84 |
| DB2 | $228.34 |
| DM4 | $24,780.81 |
| DU | $78.95 |
| DF | $79.00 |
| DH | $85.25 |
| DM3 | $72.95 |
| DV | $6,500.00 |
| DY | $39.95 |
| DP | $66.90 |
| DD | $56.90 |
| DE2 | $87.85 |
| DE | $105.90 |
| DB | $69.00 |
| DW2 | $4,666.10 |
| DG | $318.70 |
| DP2 | $77.85 |
| DM | $61.86 |
| DW | $231.41 |
| DH3 | $184.40 |
| DW3 | $157.56 |
| DH2 | $207.95 |
| CC | $889.40 |
| EC2 | $241.15 |

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA

| | |
|---|---|
| EO | $72.96 |
| EA | $39.95 |
| EC | $515.50 |
| ED | $207.95 |
| EL | $89.70 |
| ER | $79.95 |
| EL2 | $75.00 |
| ER2 | $69.90 |
| ED2 | $69.46 |
| EC3 | $77.85 |
| ET | $67.85 |
| FD | $973.00 |
| FF | $228.14 |
| FN | $172.90 |
| FG | $90.10 |
| FR | $244.07 |
| HK | $87.85 |
| HS | $69.95 |
| HH | $56.90 |
| IO | $118.00 |
| IA | $48.99 |
| IG | $96.25 |
| IM | $69.95 |
| JS4 | $95.35 |
| JW2 | $90.87 |
| JE | $190.96 |
| JB4 | $452.80 |
| JCW | $149.90 |
| JH | $253.90 |
| JK | $68.10 |
| JK3 | $445.26 |
| JE2 | $118.20 |
| JM | $69.95 |

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA

| | |
|---|---|
| JT | $79.95 |
| JF2 | $83.96 |
| JG2 | $79.95 |
| JS2 | $111.10 |
| JB3 | $483.58 |
| JP | $116.85 |
| JR | $99.95 |
| JC | $54.10 |
| JC2 | $69.90 |
| JB | $81.36 |
| JD | $584.52 |
| JL2 | $395.76 |
| JM4 | $541.80 |
| JH2 | $146.85 |
| JC3 | $253.86 |
| JM2 | $135.06 |
| JF3 | $600.00 |
| JS6 | $56.90 |
| JM3 | $180.90 |
| JR2 | $197.00 |
| JT2 | $101.80 |
| JB2 | $378.29 |
| JL | $166.84 |
| JS | $87.70 |
| JS3 | $164.35 |
| JW | $218.70 |
| JF | $337.86 |
| JT3 | $314.80 |
| JS5 | $246.85 |
| KD | $150.09 |
| KG | $623.09 |
| KG2 | $72.96 |
| KK | $71.33 |

| | |
|---|---|
| LT | $144.91 |
| LB | $82.15 |
| LC3 | $116.91 |
| LH | $517.80 |
| LW | $226.92 |
| LC | $257.75 |
| LM | $75.00 |
| LC2 | $59.00 |
| MC | $169.85 |
| MP2 | $134.00 |
| MO | $91.00 |
| MW | $251.90 |
| MT | $158.00 |
| MM | $177.89 |
| MA | $429.54 |
| MP | $128.00 |
| MP3 | $148.95 |
| MD | $287.70 |
| MS | $55.00 |
| MS3 | $1,610.00 |
| MT2 | $89.95 |
| MS2 | $142.81 |
| ME | $152.90 |
| NB | $56.75 |
| NB2 | $144.86 |
| NL | $79.95 |
| PS | $72.06 |
| PJ | $530.36 |
| RF | $346.99 |
| RR | $125.90 |
| RH | $80.00 |
| RS | $69.00 |
| RA | $347.85 |

Case Number: 3:25CR91-001
Defendant: MATTHEW J KAWA

| RM | $287.92 |
|---|---|
| RP | $299.99 |
| RW | $144.91 |
| RL | $117.06 |
| SA | $238.35 |
| SG | $139.47 |
| SD | $370.00 |
| SO | $604.00 |
| SM | $1,001.39 |
| SH | $181.81 |
| SA2 | $179.97 |
| TS | $148.95 |
| TL | $69.95 |
| TD | $59.00 |
| CA | $73.83 |
| VM | $60.56 |
| WH | $79.86 |
| TH | $161.82 |
| ZD | $1,161.95 |
|  |  |
| **TOTAL** | **$78,317.52** |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   Restitution in the amount of $78,317.52 in accordance with B below;

B   Payment in monthly installments of not less than $500.00 per month, to begin 30 days after Defendant is released from incarceration.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

## FORFEITURE

The defendant shall forfeit the defendant's interest in the following property to the United States:

- **$5,000,000.00**

Name: <u>MATTHEW J KAWA</u>
Docket No.: <u>3:25CR91-001</u>

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein.  These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed)

| | |
|---|---|
| Defendant | Date |


| | |
|---|---|
| U.S. Probation Officer/Designated Witness | Date |